1  Brendan W. Brandt (SBN 150603)
   *Brendan.Brandt@varnerbrandt.com*
2  Matthew B. Neufeld (SBN 322058)
   *Matthew.Neufeld@varnerbrandt.com*
3  **VARNER & BRANDT LLP**
   3750 University Avenue, Suite 610
4  Riverside, California 92501-3323
   Tel:  (951) 274-7777
5  Fax:  (951) 274-7770

6  Attorneys for Defendant
   STATER BROS. MARKETS
7  (erroneously sued as STATER
   BROS. MARKETS, INC.)

8

9

10              **UNITED STATES DISTRICT COURT**

11            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  JOSEFINA GILLETTE, an individual, | USDC Case No. 5:19-cv-01292-SB |
| 14 | |
| 15                Plaintiff, | **NOTICE OF LODGING JUDGMENT FOLLOWING ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| 16  vs. | |
| 17  STATER BROS. MARKETS, INC.; and DOES 1-100, inclusive, | |
| 18                Defendants. | *[Filed Concurrently with Judgment]* |
| 19 | |
| 20 | Complaint Filed: June 21, 2017 |
| 21 | First Amended Complaint Filed: June 7, 2019 |
| 22 | Removed: July 12, 2019 |
| 23 | Second Amended Complaint Filed: October 21, 2019 |

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Stater Bros. Markets hereby lodges the Judgment following the Order Granting Defendant Stater Bros. Markets' ("Defendant") Motion for Summary Judgment (Dkt. No. 65), attached hereto.

Dated: January 6, 2021          Respectfully submitted,

VARNER & BRANDT LLP


By: */s/ Brendan W. Brandt*
Brendan W. Brandt
Matthew B. Neufeld
Attorneys for Defendant
STATER BROS. MARKETS
(erroneously sued as STATER BROS. MARKETS, INC.)

# PROOF OF SERVICE
## (Declaration)
### (C.C.P. §§1013(a) and 2015.5)

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF RIVERSIDE  )

I, the undersigned, declare:

I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 3750 University Avenue, Suite 610, Riverside, California 92501.

On January 6, 2021, I served the following **NOTICE OF LODGING JUDGMENT FOLLOWING ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** on the interested party(ies) in this action by placing a true and correct copy of each document Thereof, enclosed in a sealed envelope, addressed as follows:

Josefina Gillette            *PLAINTIFF IN PRO SE*
938 E. 3rd Street
Calimesa, CA 92320
T: (951) 452-5524
gillettejosefina@gmail.com

[X] **BY MAIL** - I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day in the ordinary course of business, with postage thereon fully prepaid at Riverside. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **BY CM/ECF SYSTEM** - I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants listed on the attached Service List.

[X] **FEDERAL** - I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Nikki Kosmicki*
Nikki Kosmicki