1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

January 12, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSEFINA GILLETTE, an individual,

Plaintiff,

v.

STATER BROS. MARKETS, INC.; and DOES 1-100, inclusive,

Defendants.

Case No. 5:19-cv-1292-SB (KKx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendant Stater Bros. Markets' ("Defendant") Motion for Summary Judgment (Dkt. No. 65), Defendant's Motion for Summary Judgment is **GRANTED**. Plaintiff's action is dismissed on the merits. Judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

Dated: January 12, 2021          _____  _____
                                     STANLEY BLUMENFELD, JR.
                                     UNITED STATES DISTRICT JUDGE